UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No: 08-cv-3294

-----------------------------------------------------------------x

SOMPO JAPAN INSURANCE CO. OF AMERICA
as subrogee of
PRADA USA CORP.,

                Plaintiffs,

    -against-

AMERICAN EAGLE OUTFITTERS, INC.,

                Defendant.

**RULE 7.1 DISCLOSURE STATEMENT**

-----------------------------------------------------------------x

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for AMERICAN EAGLE OUTFITTERS, INC., (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

1) American Eagle Outfitters, Inc. – AEO (the "Company") refers to American Eagle Outfitters, Inc. and its wholly-owned subsidiaries:
    a. "American Eagle Outfitters"
    b. "American Eagle"
    c. "AE"

2) The "AE Brand" refers to the U.S. and Canadian American Eagle Outfitters stores including:
    a. "aerie"
    b. "ae.com"
    c. "MARTIN + OSA"

3) The company is a public traded company. (American Eagle Outfitters) (NASDAQ: AEOS)

4) PLEASE SEE ATTACHED RIDER OF LEGAL ENTITIES AS OF DECEMBER 2007.

Date: March 31, 2008

                _____
                Signature of Attorney
                Attorney Bar Code: RCS5388