UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ATLANTIC SPECIALTY INS. COMPANY, ET AL.,       :     **NOTICE OF**
                                               :     **APPEARANCE**
                                               :
               Plaintiff,                      :
                                               :
        -v-                                    :     07 Civ. 8508 (BSJ)
  (GWG)                                        :
                                               :
AMERICAN EAGLE OUTFITTERS,                     :
                                               :
               Defendant.                      :
-----------------------------------------------------------------X
FEDERAL INSURANCE COMPANY, ET AL.,             :
                                               :
               Plaintiff,                      :
                                               :
        -v-                                    :     08 Civ. 2157 (BSJ)
  (GWG)                                        :
                                               :
AMERICAN EAGLE OUTFITTERS,                     :
                                               :
               Defendant.                      :
-----------------------------------------------------------------X
SOMPO JAPAN INSURANCE COMPANY                  :
OF AMERICA,                                    :
                                               :
               Plaintiff,                      :
                                               :
        -v-                                    :     08 Civ. 3294 (BSJ)
  (GWG)                                        :
                                               :
AMERICAN EAGLE OUTFITTERS,                     :
                                               :
               Defendant.                      :
-----------------------------------------------------------------X

    Please enter the appearance of Scott J. Sheldon, Esq. of the firm Mound Cotton Wollan & Greengrass on behalf of plaintiff SOMPO JAPAN INSURANCE COMPANY OF AMERICA.

Dated: August 13, 2008

MOUND COTTON WOLLAN & GREENGRASS

By: _____
Scott J. Sheldon (SS7155)
60 Park Place
Newark, NJ 07102
(973) 494-0611