```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ATLANTIC SPECIALTY INSURANCE, et al.            Index No.:
                                                07 Civ. 8508 (BSJ) (GWG)
                Plaintiff,

        -against-                               RULE 7.1 DISCLOSURE


AE OUTFITTERS RETAIL COMPANY, et al.

                Defendant.
------------------------------------------------------------------------X
FEDERAL INSUIRANCE COMPANY, ET AL.

                Plaintiff,                      Index No.:
                                                08 Civ. 2157 (BSJ) (GWG)
        -against-


AMERICAN EAGLE,

                Defendant.
------------------------------------------------------------------------X
SOMPO JAPAN INSURANCE,

                Plaintiff,                      Index No.:
        -against-                               08 Civ. 3294 (BSJ) (GWG)


AMERICAN EAGLE,

                Defendant.
------------------------------------------------------------------------X
AE OUTFITTERS RETAIL COMPANY i/s/h/a AMERICAN
EAGLE OUTFITTERS, INC.

                Third-Party Plaintiff,

        -against-

575 BROADWAY, LLC, 575 BROADWAY ASSOCIATES
L.P., and 575 BROADWAY CORPORATION,

                Third-Party Defendant.
------------------------------------------------------------------------X
```

Pursuant to Rule 7.1 of the local rules of the United States District Courts for the Southern and Eastern Districts of New York and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants, **575 BROADWAY ASSOCIATES, L.P., i/s/h/a 575 BROADWAY LLC and 575 BROADWAY CORPORATION,** certify that the following are corporate parents, affiliates and/or subsidiaries of said defendants which are publicly held.

1) The defendants state that there are no corporate parents, affiliates or subsidiaries of said defendants that have issued shares or debt securities to the public.

Dated: Albertson, New York
       August 25, 2008

BY:  *STEVEN C. CAPOBIANCO, ESQ.*
     *STEVEN C. CAPOBIANCO, ESQ*. *(6950)*
     AHMUTY, DEMERS & McMANUS
     Attorneys for Defendants,
     **575 BROADWAY ASSOCIATES, L.P.,
     i/s/h/a 575 BROADWAY LLC and 575
     BROADWAY CORPORATION**
     200 I.U Willets Road
     Albertson, New York 11507
     (516) 294 – 5433
     Our **File No.: APC0491N7EFG**